IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

CHARLES E. ADAMS, et al.,

    Plaintiffs,

v.                                              No. 1:20-cv-01197-JTF-jay

ADIENT US LLC, et al.,

    Defendants.

---

MANUFACTURERS INDUSTRIAL GROUP
L.L.C., et al.,

    Cross-Plaintiffs,

v.

ADIENT US LLC, et al.

    Cross-Defendants.

---

MANUFACTURERS INDUSTRIAL GROUP
L.L.C., et al.,

    Third-Party Plaintiffs,

v.

HOOVER UNIVERSAL, INC.,

    Third-Party Defendants.

---

### PLAINTIFFS' ALTERNATIVE MOTION TO AMEND THEIR COMPLAINT

---

Plaintiffs, Charles E. Adams, et al., hereby submit this alternative motion to amend their complaint, pursuant to Federal Rules of Civil Procedure 15, if the District Court finds any

deficiencies in the Second Amended Complaint as suggested by the JCI Defendants' motion to dismiss (Dkt. Ent. 6). The Plaintiffs maintain first and foremost that the Second Amended Complaint sufficiently provides the JCI Defendants with notice of their claims under Rule 8 and sufficiently alleges each of the necessary elements. However, given the JCI Defendants' pending motion to dismiss, Plaintiffs respectfully request, in the alternative, leave to amend their complaint to address any deficiencies the Court believes to be present. If necessary, Plaintiffs should be allowed to amend because a deadline to amend in this removal has not been set, the Parties are still in written discovery, the Parties have not begun depositions, a scheduling order has not been entered, and the JCI Defendants will not be caused any prejudice. Although the JCI Defendants have argued that the Plaintiffs are currently on their Second Amended Complaint, the Plaintiffs have not altered their primary claims from the original complaints. The amendments so far have only dealt with adding and removing parties, adding separate successor liability and "miscellaneous" legal theories, and removing a reference to federal law. None of the amendments have altered or supplemented the primary claims that the JCI Defendants now seek to dismiss. Furthermore, the JCI Defendants had never before sought dismissal or argued any deficiency as to Plaintiffs' claims. This would be Plaintiffs' first attempt to address any purported deficiencies by the JCI Defendants. Plaintiffs incorporate by reference the memorandum in support filed concurrently herewith.

      WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully request, in the alternative, that the Court grant them leave to amend their complaint if the Court deems an amendment is necessary.

Respectfully submitted,

/s/Malcolm B. Futhey III
Malcolm B. Futhey III (TN 024432)
Futhey Law Firm PLC
1440 Poplar Avenue
Memphis, Tennessee 38104
901-725-7525
901-726-3506 (facsimile)
malcolm@futheylawfirm.com

Robert Stevie Beal (TN 007297)
Lena Beal (TN 030068)
Beal Law Office
22 Monroe Avenue
Lexington, Tennessee 38351
731-968-9077
731-968-0782 (facsimile)
beallawoffice@gmail.com

Donald W. Stewart* (AL ASB-8898-A19D)
W. Taylor Stewart* (AL ASB-9696-W57S)
Stewart & Stewart, P.C.
1021 Noble Street, Suite 110
Anniston, Alabama 36201
Tel: (256) 237-9311

Steven J. Baker* (FL 209813)
Steven J. Baker, P.A.
15 West La Rua Street
Pensacola, Florida 32501
Tel: (850) 434-3009

*Motions for *pro hac vice* admission to be submitted

*Counsel for Plaintiffs*

<u>Certificate of Service</u>

      I hereby certify that a copy of the foregoing has been served this 3rd day of March 2021 via CM/ECF on the following:

Bradford Box, Esq.
Rainey, Kizer, Reviere, & Bell
209 East Main Street
P.O. Box 1147
Jackson, Tennessee 38302
bbox@raineykizer.com
*Counsel for Defendants Adient US LLC and Johnson Controls, Inc.*

Hal Segall, Esq.
Leah Dundon, Esq.
Beveridge & Diamond P.C.
1350 I Street, NW, Suite 700
Washington, DC 20005
hsegall@bdlaw.com
*Counsel for Defendants Adient US LLC and Johnson Controls, Inc.*

James Moskal, Esq.
Warner, Norcross, & Judd
45000 River Ridge Drive, Suite 300
Clinton Township, Michigan 48038
jmoskal@wnj.com
*Counsel for Defendants Manufacturers Industrial Group, LLC; John Zardis; and Andre Gist*

Joseph F. Welborn III, Esq.
B. Hart Knight, Esq.
Butler Snow LLP
The Pinnacle at Symphony Place
150 Third Avenue, South
Nashville, Tennessee 37201
joe.welborn@butlersnow.com
hart.knight@butlersnow.com
*Counsel for Defendants Manufacturers Industrial Group, LLC; John Zardis; and Andre Gist*

                                      /s/Malcolm B. Futhey III