IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE
WESTERN DISTRICT

---

CHARLES E. ADAMS, et al.,

Plaintiffs,

v. No.: 1:20-cv-01197-JTF-jay

ADIENT US LLC, et al.,

Defendants.

---

VERIFIED STATEMENT OF DONNA CAGLE

---

I, Donna Cagle, make the following verified statement:

1. I am over eighteen years of age and have the capacity to make the statements set forth herein.

2. Jeff Cagle was a Plaintiff in the above-styled case.

3. I was married to Jeff Cagle at the time he passed away.

4. Jeff Cagle passed away on or about May 31, 2020.

5. We have no located a will for Jeff Cagle.

6. An estate was not opened for Jeff Cagle, and no one is interested in or available to open the estate.

7. As Jeff Cagle's surviving spouse, I am Jeff Cagle's heir under the law of intestate succession.

8. I am willing and able and agree to substitute in for my late husband, Jeff Cagle, in *Adams v. Adient US, LLC*, No. 1:20-cv-01197-JTF-jay, and to pursue his claims in this lawsuit.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

DocuSigned by:

BA9D5026C5D743F...

Donna Cagle

5/23/2024

Date