IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE
WESTERN DISTRICT

---

CHARLES E. ADAMS, et al.,

Plaintiffs,

v. No.: 1:20-cv-01197-JTF-jay

ADIENT US LLC, et al.,

Defendants.

---

VERIFIED STATEMENT OF LINDA FERRINGTON

---

I, LINDA FERRINGTON, make the following verified statement:

1. I am over eighteen years of age and have the capacity to make the statements set forth herein.

2. Shelby G. Ferrington was a Plaintiff in the above-styled case.

3. I am Shelby G. Ferrington's widow.

4. Shelby G. Ferrington passed away on or about May 11, 2021.

5. At the time he passed away, Shelby G. Ferrington did not have a written will.

6. No estate was opened.

7. I am Shelby G. Ferrington's heir under the laws of both testate and intestate succession.

8. I am willing and able and agree to substitute in for my Shelby G. Ferrington in *Adams v. Adient US, LLC*, No. 1:20-cv-01197-JTF-jay, and to pursue his claims in this lawsuit.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Linda Ferrington
LINDA FERRINGTON

5/23/24
Date

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE
WESTERN DISTRICT

---

CHARLES E. ADAMS, et al.,

Plaintiffs,

v. No.: 1:20-cv-01197-JTF-jay

ADIENT US LLC, et al.,

Defendants.

---

VERIFIED STATEMENT OF LINDA FERRINGTON

---

I, LINDA FERRINGTON, make the following verified statement:

1. I am over eighteen years of age and have the capacity to make the statements set forth herein.

2. Shelby G. Ferrington was a Plaintiff in the above-styled case.

3. I am Shelby G. Ferrington's widow.

4. Shelby G. Ferrington passed away on or about May 11, 2021.

5. At the time he passed away, Shelby G. Ferrington had a written will that named me as a beneficiary.

6. No estate was opened.

7. I am Shelby G. Ferrington's heir under the laws of both testate and intestate succession.

8. I am willing and able and agree to substitute in for my Shelby G. Ferrington in *Adams v. Adient US, LLC*, No. 1:20-cv-01197-JTF-jay, and to pursue his claims in this lawsuit.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Linda Ferrington
LINDA FERRINGTON

5/ 23/ 24
Date