IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE
WESTERN DISTRICT

CHARLES E. ADAMS, et al.,

Plaintiffs,

v. No.: 1:20-cv-01197-JTF-jay

ADIENT US LLC, et al.,

Defendants.

VERIFIED STATEMENT OF JEANETTE GUIDER

I, Jeanette Guider, make the following verified statement:

1. I am over eighteen years of age and have the capacity to make the statements set forth herein.

2. Geneva Williams was a Plaintiff in the above-styled case.

3. I am Geneva Williams' daughter.

4. Geneva Williams passed away on or about February 18, 2021.

5. Geneva Williams did not have a written will.

6. An estate was not opened for Geneva Williams, and no one is interested in or available to open an estate.

7. Geneva Williams does not have a surviving spouse.

8. I am an heir of Geneva Williams under the laws of intestate succession.

9. I am willing and able and agree to substitute in for my mother Geneva Williams in *Adams v. Adient US, LLC*, No. 1:20-cv-01197-JTF-jay, and to pursue her claims in this lawsuit.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

DocuSigned by:
J. G.
D5D7F378AA4C4EC...

Jeanette Guider

5/23/2024

Date