IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE
WESTERN DISTRICT

---

CHARLES E. ADAMS, et al.,

Plaintiffs,

v. No.: 1:20-cv-01197-JTF-jay

ADIENT US LLC, et al.,

Defendants.

---

VERIFIED STATEMENT OF DORIS CARRINGTON

---

I, Doris Carrington, make the following verified statement:

1. I am over eighteen years of age and have the capacity to make the statements set forth herein.

2. Freddie Carrington was a Plaintiff in the above-styled case.

3. I was married to Freddie Carrington at the time he passed away.

4. Freddie Carrington passed away on or about November 8, 2022.

5. Freddie Carrington did not have a written will.

6. An estate was not opened for Freddie Carrington, and no one is interest in or available to open an estate.

7. As Freddie Carrington's surviving spouse, I am Freddie Carrington's heir under the law of intestate succession.

8. I am willing and able and agree to substitute in for my late husband, Freddie Carrington, in *Adams v. Adient US, LLC*, No. 1:20-cv-01197-JTF-jay, and to pursue his claims in this lawsuit.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

DocuSigned by:
Doris Carrington
EE4B0F8AD46D4F8...

Doris Carrington

5/23/2024

Date