IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE
WESTERN DISTRICT

---

CHARLES E. ADAMS, et al.,

Plaintiffs,

v. No.: 1:20-cv-01197-JTF-jay

ADIENT US LLC, et al.,

Defendants.

---

VERIFIED STATEMENT OF TAMMIE TODD

---

I, Tammie Todd, make the following verified statement:

1. I am over eighteen years of age and have the capacity to make the statements set forth herein.

2. Patricia Britt was a Plaintiff in the above-styled case.

3. I am Patricia Britt's daughter.

4. Patricia Britt passed away on or about January 12, 2022.

5. At the time she passed away, Patricia Britt had a written will.

6. Patricia Britt's will named Joe Franklin Britt, Patricia Britt's husband, to serve as executor of her estate, and also named me to serve as executor of her estate in the event that Joe Franklin Britt was unable to serve as executor.

7. Joe Franklin Britt passed away on or about November 24, 2017.

8. Patricia Britt's will was not probated, and no estate was opened. No one is interested in or available to open an estate.

9. Additionally, I am Patricia Britt's heir under the laws of both testate and intestate succession.

10. I am willing and able and agree to substitute in for my mother, Patricia Britt, in *Adams v. Adient US, LLC*, No. 1:20-cv-01197-JTF-jay, and to pursue her claims in this lawsuit.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

DocuSigned by:
Tammie Todd
6A5859EE0C544C8...

Tammie Todd

5/23/2024

Date