IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE
WESTERN DISTRICT

---

CHARLES E. ADAMS, et al.,

Plaintiffs,

v. No.: 1:20-cv-01197-JTF-jay

ADIENT US LLC, et al.,

Defendants.

---

VERIFIED STATEMENT OF JAMES L. NICKS

---

I, JAMES L. NICKS, make the following verified statement:

1. I am over eighteen years of age and have the capacity to make the statements set forth herein.

2. Evelyn K. Nicks was a Plaintiff in the above-styled case.

3. I am Evelyn K. Nicks' widower.

4. Evelyn K. Nicks passed away on or about September 24, 2021.

5. At the time she passed away, Evelyn K. Nicks had a written will and named me as a beneficiary.

6. Evelyn K. Nicks' will was not probated, and no estate was opened.

7. I am Evelyn K. Nicks' heir under the laws of both testate and intestate succession.

8. I am willing and able and agree to substitute in for my Evelyn K. Nicks in *Adams v. Adient US, LLC*, No. 1:20-cv-01197-JTF-jay, and to pursue her claims in this lawsuit.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

James L. Nicks
JAMES L. NICKS

5-23-24
Date

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

James L Nicks

JAMES L. NICKS

5-23-24

Date