IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE
WESTERN DISTRICT

---

CHARLES E. ADAMS, et al.,

Plaintiffs,

v. No.: 1:20-cv-01197-JTF-jay

ADIENT US LLC, et al.,

Defendants.

---

VERIFIED STATEMENT OF ALLISON NICOLE WOODS

---

I, ALLISON NICOLE WOODS, make the following verified statement:

1. I am over eighteen years of age and have the capacity to make the statements set forth herein.

2. Brandon Woods was a Plaintiff in the above-styled case.

3. I am Brandon Woods' daughter.

4. Brandon Woods passed away on or about December 30, 2023.

5. Brandon Woods did not have a written will.

6. An estate was not opened for Brandon Woods, and no one is willing or interested in opening an estate for him.

7. I am an heir of Brandon Woods under the laws of intestate succession.

8. I am willing and able and agree to substitute in for my father Brandon Woods in *Adams v. Adient US, LLC*, No. 1:20-cv-01197-JTF-jay, and to pursue hisclaims in this lawsuit.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

DocuSigned by:
A2E8C16550FF4EC...

Allison Nicole Woods

5/23/2024

Date