IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE
WESTERN DISTRICT

CHARLES E. ADAMS, et al.,

Plaintiffs,

v. No.: 1:20-cv-01197-JTF-jay

ADIENT US LLC, et al.,

Defendants.

VERIFIED STATEMENT OF DONNA ROSS

I, Donna Ross, make the following verified statement:

1. I am over eighteen years of age and have the capacity to make the statements set forth herein.

2. Mary Lou Davis was a Plaintiff in the above-styled case.

3. I am Mary Lou Davis' daughter.

4. Mary Lou Davis passed away on or about September 25, 2022.

5. Mary Lou Davis did not have a written will.

6. An estate was not opened for Mary Lou Davis.

7. Mary Lou Davis does not have a surviving spouse.

8. I am an heir of Mary Lou Davis under the law of intestate succession.

9. I am willing and able and agree to substitute in for my mother, Mary Lou Davis, in *Adams v. Adient US, LLC*, No. 1:20-cv-01197-JTF-jay, and to pursue her claims in this lawsuit.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

DocuSigned by:
Donna Ross
7B23923E55374EB...
Donna Ross

5/20/2024
Date