IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE
WESTERN DISTRICT

---

CHARLES E. ADAMS, et al.,

Plaintiffs,

v. No.: 1:20-cv-01197-JTF-jay

ADIENT US LLC, et al.,

Defendants.

---

VERIFIED STATEMENT OF CARRIE LOVINS JONES

---

I, Carrie Lovins Jones, make the following verified statement:

1. I am over eighteen years of age and have the capacity to make the statements set forth herein.

2. Margie Wigginton was a Plaintiff in the above-styled case.

3. I am Margie Wigginton's daughter.

4. Margie Wigginton passed away on or about September 8, 2020.

5. At the time she passed away, Margie Wigginton had a written will.

6. Margie Wigginton's will named me to serve as executor of her estate.

7. Margie Wigginton's will was not probated; no estate was opened; and no one is interested in or available to open an estate.

8. Additionally, I am Margie Wigginton's heir under the laws of both testate and intestate succession.

9. I am willing and able and agree to substitute in for my mother, Margie Wigginton, in *Adams v. Adient US, LLC*, No. 1:20-cv-01197-JTF-jay, and to pursue her claims in this lawsuit.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

DocuSigned by:
Carrie Lovins Jones
3C02DCFC880A4DD...
Carrie Lovins Jones

5/23/2024
Date