IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE
WESTERN DISTRICT

CHARLES E. ADAMS, et al.,

Plaintiffs,

v. No.: 1:20-cv-01197-JTF-jay

ADIENT US LLC, et al.,

Defendants.

VERIFIED STATEMENT OF VIRMEKA JEFFERSON

I, Virmeka Jefferson, make the following verified statement:

1. I am over eighteen years of age and have the capacity to make the statements set forth herein.

2. Wilbert Jefferson and Virginia Jefferson were Plaintiffs in the above-styled case.

3. I am Wilbert Jefferson's and Virginia Jefferson's daughter.

4. Wilbert Jefferson passed away on or about November 21, 2020.

5. Virginia Jefferson passed away in November 2020 and was buried on or about November 14, 2020.

6. Neither Wilbert Jefferson nor Virginia Jefferson had a written will.

7. An estate was not opened for Wilbert Jefferson or for Virginia Jefferson, and no one is interested in or available to open an estate.

8. Neither Wilbert Jefferson nor Virginia Jefferson has a surviving spouse, as they were a married couple at the time of their passing.

9. I am an heir of both Wilbert Jefferson and Virginia Jefferson under the law of intestate succession.

10. I am willing and able and agree to substitute in for my parents, Wilbert Jefferson and Virginia Jefferson, in *Adams v. Adient US, LLC*, No. 1:20-cv-01197-JTF-jay, and to pursue their claims in this lawsuit.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

DocuSigned by:

D14EC22FF3604ED...

Virmeka Jefferson

5/23/2024

Date