IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE
WESTERN DISTRICT

---

CHARLES E. ADAMS, et al.,

Plaintiffs,

v. No.: 1:20-cv-01197-JTF-jay

ADIENT US LLC, et al.,

Defendants.

---

VERIFIED STATEMENT OF RACHEL ARNOLD

---

I, Rachel Arnold, make the following verified statement:

1. I am over eighteen years of age and have the capacity to make the statements set forth herein.

2. Sandra Croom is a Plaintiff in the above-styled case.

3. Sandra Croom has been diagnosed with "advanced dementia." See West TN Medical Group Specialty Care Neurology Jackson Records, Produced by JCI Defendants at M_0036595.

4. Sandra Croom is widowed and has no spouse.

5. I am Sandra Croom's niece and have a power of attorney. See attached power of attorney.

6. Sandra Croom and I have a close relationship, and I take of her finances, health appointments, health care, and medical decisions.

7. I am willing and able and agree to substitute in for Sandra Croom, in *Adams v. Adient US, LLC*, No. 1:20-cv-01197-JTF-jay, and to pursue her claims in this lawsuit.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

DocuSigned by:
Rachel Arnold
86779E9377AF49E...

Rachel Arnold

5/23/2024

Date

Doug Bartholomew, Register
Henderson County
Rec #: 92238
Rec'd: 20.00 Instrument #: 112625
State: 0.00 Recorded
Clerk: 0.00 4/19/2021 at 3:38 PM
Other: 2.00 in Miscellaneous Book
Total: 22.00 130
PGS 716-719

This Instrument Prepared by the Office of Lena Beal, Attorney at Law, 22 Monroe Ave, Lexington, TN 38351

**DURABLE POWER OF ATTORNEY**

KNOW ALL MEN BY THE PRESENTS, that as principal, hereinafter referred to as the "Principal", I, SANDRA KAY CROOM residing at 94 Brown Street, Lexington, Henderson County, Tennessee, have made, constituted and appointed, and by the presents do make, constitute and appoint my niece, RACHEL LIZETTE ARNOLD, residing at 26 Barksdale Cove, Jackson, Madison County Tennessee, as my true and lawful attorney, hereinafter referred to as attorney. This power of attorney shall not be affected by subsequent disability or incapacity of the principal. Attorney is authorized in attorney's absolute discretion from time to time and at any time with respect to any property, real and personal at any time owned or held by me and without authorization of any court and in addition to any other rights, powers or law, with my power of substitution, as follows:

1.0 To do and perform all and every act, deed, matter, and things whatsoever in and about my state. Property and affairs as fully and efficiently to all intents and purposes as I might or could do in my own prior person, if personally present, the specifically enumerated powers described below being in aid and exemplification and the full, complete and general power therein granted and not in limitation or definition thereof.

2.0 To demand, sue for and receive all debts, monies, securities for money, goods, chattels, legacies or other personal property to which I am now or many hereafter become entitled, or which are now or may become due, owing or payable to me from any person or persons whomsoever, and in my name to give effectual receipts and discharges for the same.

3.0 To borrow from time to time such sums of money and upon such terms as the said Attorney many think expedient for or in relation to any of the purposes or objects aforesaid, of for any other purpose, upon the security of any property, whether real or personal, and for such purposes to give and execute open and unsecured notes and acknowledge mortgages and trust deeds with such powers and provisions as many may think proper, as well as such notes or bonds as it is necessary or proper to use therewith.

4.0 In my name, and as my act and deed, to sign, seal, and acknowledge and deliver all such leases and agreements as shall be requisite, or as my said Attorney shall deem necessary or proper in the care and management of my estate; and to receive and collect all the rents that may be payable to me, and in my name to sign effectual receipts for the same.

5.0 To manage and superintend all of my real property wheresoever situated and found and to erect, pull down and repair houses or other buildings, or machinery or otherwise improve any of the premises, and to ensure the building against damage by fire and windstorm.

6.0 To subdivide, developer dedicate real property to public use or to make or obtain the vacation of plats and adjust boundaries, to adjust differences in valuation on exchange or partition by giving or receiving consideration, and to dedicate easements to public use without consideration.

7.0. To make, draw, sign or endorse in my name any checks, drafts, bills of exchange or promissory notes in which I shall be interested or concerned, or which shall be requisite in or about my business.

8.0 To sell and dispose of such shares of stock as I now hold or may hereafter hold in any business corporation, or any bonds or securities of the United States of any state or municipal corporation and private company, and the receive the consideration money for the sale thereof, and for me in my name to transfer such shares, bonds or securities to the purchaser or purchasers thereof.

9.0 To vote in person or by proxy upon any item of security or property owned by me; to agree to the reorganization, merger or consolidation of any corporation whose stock is owned by me, and to unite, in the discretion, with other owners of similar property in carrying out any plan, making any change, giving any assent and paying any sums of money affecting such securities or property, and, generally, to exercise in respect thereof the same rights and powers as are or may be lawfully exercised by persons owning similar property in their own right, and incident thereto, to accept in exchange for such stock or securities or other property, other stock, securities or property, whether legal investments or not, in such reorganized or new corporation.

10.0 To invest and reinvest all or any part of my property in any property and undivided interests in property, wherever located, including bonds, debentures, notes, secured or unsecured, stocks of corporation regardless of class, interests in limited partnerships, real estate or any interest in real estate whether or not productive at the time of investment, interest in trusts, and participation in common, collective or pooled trust funds or annuity contracts without being limited by any statute or rule of law concerning investments by fiduciaries.

11.0 To purchase for my benefit and in my behalf United States Government bonds redeemable at par in payment on United States estate taxes imposed at my death upon my estate.

12.0 To obtain entry to and enter any lock box in the bank or trust company wherein I may have leased or rented same, and to place therein any papers, instruments, bonds, securities or other property belonging to me or to remove any such papers, instruments, bonds, securities or other property therefrom.

13.0 To bargain, sell, grant and convey to such person or persons, and for such sum or sums of money or other consideration or considerations as my said Attorney shall deem most for my advantage and profit, any and all of my property, real, personal or mixed, wheresoever situated and found; to make all necessary deeds and conveyances

thereof, with such covenants, warranties and assurances as my said Attorney shall deem expedient; to sign, seal, acknowledge and deliver the same; to accept and receive the sum or sums of money or other consideration or considerations which shall be coming to me on account of such sale or sales.

14.0 To commence, prosecute or enforce, or to defend, answer or oppose, all actions or other legal proceedings touching any of the matters aforesaid, or any other matters in which I am or may hereafter be interested or concerned; and also, if it shall seem best, to compromise, refer to arbitration or submit to judgment in any such action or proceeding.

15.0 To adjust, settle, compromise or submit to arbitration any accounts, debts, claims or demands, disputes and matters, touching any of the matters aforesaid, or any other matters which are now subsisting or may hereafter arise between me and any other person or persons or between my said Attorney or any other person or persons.

16.0 To appoint and employ counsel, agents, servants or other persons, at such salary or for such compensation as my said Attorney may think proper, and to dismiss or discharge them and appoint or employ others in their place and stead.

17.0 To sign and execute in my name as my act and deed all state and federal income tax returns both preliminary and final, and to appear for me and represent me before the Treasury Department in connection with any matter involving federal taxes for any year whatsoever, in which I am a party, giving my said Attorney full power to do everything whatsoever requisite and necessary to be done in the premises and to receive refund checks, to execute waivers of the Statute of Limitations, and to execute closing agreements, as fully as the undersigned might do if done in his own capacity, with full power of substitution and revocation, at any time subsequent to the date hereof and prior to the revocation hereof.

18.0 To make gifts of property, both real and personal, to my children (including Attorney), grandchildren and their spouses, or any trusts created for their benefit, provided, however, that no single gift during any calendar year shall exceed the Federal Gift Tax Annual Exclusion then in effect for such year (or twice such amount in my spouse consents to having such gift treated as made one-half by her pursuant to Section 2513 of the Internal Revenue Code, as amended). For purposes of this limitation, a gift in trust shall be deemed a gift to each of the beneficiaries.

19.0 To employ and compensate medical personnel including physicians, surgeons, dentists, medical specialists, nurses and paramedical assistants deemed by Attorney needful for the proper care, custody and control of my person and do so without liability for any neglect, omission, misconduct or the fault of any such physician or other medical personnel, provided such physician or other personnel were selected and retained with reasonable care, and to dismiss any such persons at any time, with or without cause.

20.0 To authorize any and all kinds of medical procedures and treatment including but not limited to medication, therapy, surgical procedures, and dental care, and to consent to all such treatment, medication or procedures where such consent is required; to obtain the use of medical equipment, devices or other equipment and devices deemed by Attorney need full for proper care, custody and control of my person and to do so without liability for any neglect, omission, misconduct or fault with respect to such medical treatment or other matters authorized herein.

In connection with the exercise of the powers herein described, Attorney is fully authorized and empowered to perform any other acts or things necessary, appropriate, or incidental thereto with the same validity and effect as if I were personally present, competent, and personally exercised the powers myself. All acts lawfully done by Attorney hereunder during any period of my disability or mental incompetence shall have the same effect and inure to the benefit of and bind me and my heirs, devisees, legatees, and personal representatives as if I were mentally competent and not disabled. The powers herein conferred may be exercised by Attorney alone and the signature or act or Attorney on my behalf may be accepted by third persons as fully authorized by me and with the same force and effect as if done under my hand and seal and as if I were present in person, acting on my own behalf and competent. No person who may act in reliance upon the representation of Attorney for the scope of authority granted to Attorney shall incur any liability to me or to my estate as a result of permitting Attorney to exercise any power, nor shall any person dealing with Attorney by responsible to determine or insure the proper application of funds or property.

My mental and physical debility subsequent to my execution of the within power of attorney shall not revoke said power which shall main in full force and effect nothwithstanding said mental or physical debility.

These present shall extend to and be obligatory upon the executors, administrators, legal representative and successors, respectively, of the parties hereto.

IN TESTIMONY WHEREOF, I have hereunto affixed my signature this the 19th day of April, 2021.

Sandra Croom
SANDRA KAY CROOM

STATE OF TENNESSEE
COUNTY OF HENDERSON:

On this 19th day of April, 2021, before me, a Notary Public in and for the State of and County aforesaid, duly commissioned and qualified, personally appeared SANDRA KAY CROOM to me known to be the person described in and who executed the foregoing instrument, and acknowledges that she executed the same as her own free act and deed.

Witness my hand and Notarial Seal at office, on this 19th day of April, 2021.

My Commission Expires: 10-1-22

Notary Public

CORI R. PERRY
STATE OF TENNESSEE NOTARY PUBLIC
HENDERSON COUNTY