IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| **CHARLES E. ADAMS, et al.,** | ) ) ) | |
| Plaintiffs, | ) ) | No. 1:20-cv-01197-JTF-jay |
| v. | ) ) ) | |
| **ADIENT US LLC, et al.,** | ) ) | |
| Defendants. | ) ) | |

**JUDGMENT PURSUANT TO FED. R. CIV. P. 68(a)**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that, consistent with the terms of the notices of acceptance of offer of judgment that Defendants Adient US LLC, Johnson Controls, Inc., and Hoover Universal, Inc. filed for six plaintiffs, judgment pursuant to Fed. R. Civ. P 68(a) is hereby awarded against Defendants to:

- Plaintiff Tiffany L. Burcham in the amount of $1,500.00;
- Plaintiff Bill Mayo in the amount of $1,500.00;
- Plaintiff Clarance W. Cathey in the amount of $1,500.00;
- Plaintiff Emma Jean Melton in the amount of $1,500.00;
- Plaintiff Shari Carter in the amount of $1,500.00; and
- Plaintiff Shelia A. Clark in the amount of $1,500.00.

(ECF Nos. 164-169.) **IT IS ORDERED AND ADJUDGED** that the claims of these six plaintiffs in this action are dismissed with prejudice.

1

**APPROVED:**

*s/John T. Fowlkes, Jr.*                                                   WENDY OLIVER
JOHN T. FOWLKES, JR.                                        CLERK
UNITED STATES DISTRICT JUDGE

October 15, 2024                                                    *s/Richard Abidor*
DATE                                                                    (BY) LAW CLERK