Case 1:20-cv-01197-MSN-jay   Document 175   Filed 10/21/24   Page 1 of 1
                                PageID 4264

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **CHARLES E. ADAMS, et al.,** ) | |
| ) | |
| Plaintiffs, ) | No. 1:20-cv-01197-JTF-jay |
| v. ) | |
| ) | |
| **ADIENT US LLC, et al.,** ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT PURSUANT TO FED. R. CIV. P. 68(a)**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that, consistent with the terms of the notices of acceptance of offer of judgment that Defendants Adient US LLC, Johnson Controls, Inc., and Hoover Universal, Inc. filed for three plaintiffs, judgment pursuant to Fed. R. Civ. P 68(a) is hereby awarded against Defendants to:

- Plaintiff Arlinda Johnson in the amount of $1,500.00;
- Plaintiff Bobby Powers in the amount of $1,500.00; and
- Plaintiff Teresa Powers in the amount of $1,500.00.

(ECF Nos. 172-174.) **IT IS ORDERED AND ADJUDGED** that the claims of these three plaintiffs in this action are dismissed with prejudice.

**APPROVED:**

s/John T. Fowlkes, Jr.  
JOHN T. FOWLKES, JR.  
UNITED STATES DISTRICT JUDGE

WENDY OLIVER  
CLERK

October 21, 2024  
DATE

s/Richard Abidor  
(BY) LAW CLERK