IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| CHARLES E. ADAMS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 1:20-cv-01197-JTF-jay |
| ) | |
| ADIENT US LLC, et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING OF (1) DEFENDANTS' OFFER OF JUDGMENT TO PLAINTIFF RONALD G. HICKS AND (2) MR. HICKS' WRITTEN ACCEPTANCE**

Defendants Adient US LLC, Johnson Controls, Inc., and Hoover Universal, Inc. (collectively, "Defendants") hereby give notice of the filing of (1) Defendants' Offer of Judgment to Plaintiff Ronald G. Hicks, and (2) Mr. Hicks' written acceptance. The Offer of Judgment is attached as Exhibit 1, and Mr. Hicks' acceptance is attached as Exhibit 2.

Pursuant to Federal Rule of Civil Procedure 68(a) and the attached Exhibits 1 and 2, Defendants request that the Clerk enter Judgment for Plaintiff Ronald G. Hicks.

Dated: February 11, 2025

Respectfully submitted,

/s/ Harold L. Segall
Harold L. Segall (DC #395523)
Leah A. Dundon (TN BPR #018674)
BEVERIDGE & DIAMOND, P.C.
1900 N Street, N.W., Suite 100
Washington, DC 20036
(202) 789-6000
hsegall@bdlaw.com
ldundon@bdlaw.com

Bradford D. Box (TN BPR #016596)
RAINEY, KIZER, REVIERE & BELL, P.L.C.
209 East Main Street
P. O. Box 1147
Jackson, TN 38302-1147
(731) 423-2414
bbox@raineykizer.com

*Counsel for Adient US LLC, Johnson Controls, Inc., and Hoover Universal, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that a true and exact copy of the foregoing has been served electronically upon all parties indicated on the electronic filing report via the Court's ECF system this 11th day of February 2025.

Dated: February 11, 2025                                              /s/ Harold L. Segall