IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **CHARLES E. ADAMS, et al.,** )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>**ADIENT US LLC, et al.,** )<br>)<br>Defendants. ) | No. 1:20-cv-01197-JTF-jay |

**JUDGMENT PURSUANT TO FED. R. CIV. P. 68(a)**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that, consistent with the terms of the notices of acceptance of offer of judgment that Defendants Adient US LLC, Johnson Controls, Inc., and Hoover Universal, Inc. filed for three plaintiffs, judgment pursuant to Fed. R. Civ. P 68(a) is hereby awarded against Defendants to:

- Plaintiff Corri C. Perry in the amount of $1,500.00;

- Plaintiff Ronald G. Hicks in the amount of $1,500.00; and

- Plaintiff Sharon Carver in the amount of $500.00.

(ECF Nos. 189-191.) **IT IS ORDERED AND ADJUDGED** that the claims of these three plaintiffs in this action are dismissed with prejudice.

**APPROVED:**

s/John T. Fowlkes, Jr.  
JOHN T. FOWLKES, JR.  
UNITED STATES DISTRICT JUDGE

WENDY OLIVER  
CLERK

February 18, 2025  
DATE

s/Richard Abidor  
(BY) LAW CLERK